In re:  
MICHAEL ALLEN BLUMEN  
    Debtor

Case No. 21-00619-MCW  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0970-2      User: admin      Page 1 of 3  
Date Rcvd: Oct 25, 2021      Form ID: cla001      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | MICHAEL ALLEN BLUMEN, 5225 N 24TH STREET UNIT 108, PHOENIX, AZ 85016-3575 |
| 16399511 | + | Accelerated Inventory Mgt. LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite #200, Tucson, AZ 85712-1083 |
| 16340932 | + | Luther Appliance & Fur, 99 Sunnyside Blvd Suite 101, Woodbury, NY 11797-2946 |
| 16562868 | | Mountain Summit Financial, 635 East Hwy 20, F, Upper Lake CA 95485 |
| 16340934 | + | Oliphant Financial, LLC, 1800 2nd St #603, Sarasota FL 34236-5990 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: AZDEPREV.COM | Oct 26 2021 02:18:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 16377829 | | EDI: BECKLEE.COM | Oct 26 2021 02:18:00 | AMERICAN EXPRESS NATIONAL BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN PA 19355-0701 |
| 16344407 | + | EDI: AZDEPREV.COM | Oct 26 2021 02:18:00 | ARIZONA DEPARTMENT OF REVENUE, c/o Tax, Bankruptcy and Coll, 2005 N Central Ave, Suite 100, Phoenix, AZ 85004-1546 |
| 16340924 | + | Email/Text: backoffice@affirm.com | Oct 25 2021 22:31:00 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco CA 94104-0720 |
| 16340925 | + | EDI: AMEREXPR.COM | Oct 26 2021 02:18:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso TX 79998-1540 |
| 16340926 | + | EDI: CAPITALONE.COM | Oct 26 2021 02:18:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 16382709 | | EDI: CAPITALONE.COM | Oct 26 2021 02:18:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 16340927 | + | EDI: CITICORP.COM | Oct 26 2021 02:18:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis MO 63179-0034 |
| 16404012 | | EDI: CITICORP.COM | Oct 26 2021 02:18:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 16340928 | + | EDI: CITICORP.COM | Oct 26 2021 02:18:00 | Citibank/Shell Oil, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis MO 63179-0034 |
| 16345690 | | EDI: DISCOVER.COM | Oct 26 2021 02:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 16340929 | + | EDI: DISCOVER.COM | Oct 26 2021 02:18:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany OH 43054-3025 |
| 16340930 | + | EDI: IRS.COM | Oct 26 2021 02:18:00 | Internal Revenue Service, PO Box 7346, |

| Recip ID | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | Philadelphia PA 19101-7346 |
| 16397603 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2021 22:38:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16340931 | + EDI: LENDNGCLUB | Oct 26 2021 02:18:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco CA 94105-2807 |
| 16374680 | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 25 2021 22:27:01 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 16340933 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 25 2021 22:26:56 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage NY 11804-9001 |
| 16387465 | EDI: PRA.COM | Oct 26 2021 02:18:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 16342672 | + EDI: RECOVERYCORP.COM | Oct 26 2021 02:18:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 16340935 | + EDI: RMSC.COM | Oct 26 2021 02:18:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Arizona Department of Revenue |
| cr | *P+++ | Accelerated Inventory Mgt, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, TUCSON, AZ 85712-1083 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 16377830 | * | AMERICAN EXPRESS NATIONAL BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN PA 19355-0701 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM B. NACH | on behalf of Trustee ROGER W. BROWN adam.nach@lane-nach.com danica.kolb@lane-nach.com,deborah.mckernan@lane-nach.com,sheila.rochin@lane-nach.com |
| ROGER W. BROWN | rogerbrowntrustee@live.com  rwb@trustesolutions.net,rrwwbb@hotmail.com |
| STUART BRADLEY RODGERS | on behalf of Trustee ROGER W. BROWN stuart.rodgers@lane-nach.com sheila.rochin@lane-nach.com,danica.kolb@lane-nach.com,deborah.mckernan@lane-nach.com |

THOMAS ADAMS MCAVITY　　on behalf of Debtor MICHAEL ALLEN BLUMEN documents@phxfreshstart.com tom@phxfreshstart.com

U.S. TRUSTEE　　　　　　USTPRegion14.PX.ECF@USDOJ.GOV

TOTAL: 5

FORM CLA−001
REVISED 01/12/2012

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:21−bk−00619−MCW |
| MICHAEL ALLEN BLUMEN<br>5225 N 24TH STREET UNIT 108<br>PHOENIX, AZ 85016<br>SSAN: xxx−xx−6834<br>EIN: | Chapter: 7 |
| Debtor(s) | |

## NOTICE FIXING LAST DATE TO FILE CLAIMS

**NOTICE IS HEREBY GIVEN THAT:**

1. All Creditors of the above−named estate are required to file their claim pursuant to Bankruptcy Rule 3002(c) (5) on or before **January 25, 2022** in order to participate in the distribution of funds available. Any creditor who has previously filed a claim need not file again. Please be advised that filing a claim does not guarantee that you will receive payment on that claim. Whether you receive payment and the amount of any payment depends upon the amount of funds in the estate and whether there are administrative costs and priority claims to be paid.

2. For governmental units, a proof of claim must be filed by the aforementioned deadline or 180 days after the date of the order for relief in this case, whichever is later.

3. The proof of claim form can be obtained at the court's front counter and self help centers as well as access to fillable PDF versions on the court's website www.azb.uscourts.gov. If you are a creditor (the person who is owed money in a bankruptcy case) and are not represented by an attorney, you may also file a Proof of Claim and upload PDF attachments via an online form on the court's website.

4. YOU ARE FURTHER NOTIFIED THAT if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of the trustee's final account and report and the proposed distribution.

Date: October 25, 2021

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office:<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727<br>Telephone number: (602) 682−4000<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>George Prentice |